UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHELDON M. REUM,<br><br>                Defendant. | Case No.  6:21-PO-5048-KLD<br><br>VIOLATION: FBJF006G AND FBJF006I<br><br>DISPOSITION CODE:  PF<br><br>ORDER ACCEPTING PLEA LETTER |

    Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated December 14, 2021, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notices from $360.00 to $180.00, and Defendant has agreed to forfeit that amount.

    **IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $180.00, which is paid in full.

    DATED this 27th day of December, 2021.

                                                          KATHLEEN L. DESOTO
                                                         United States Magistrate Judge